# UNITED STATES DISTRICT COURT

## Western Division for the District of South Dakota

| | |
|---|---|
| **JAMES NEWELL AND MIA DIMATTIA** | Civil Action No. 5:21-cv-5029 |
| Plaintiffs, | **COMPLAINT FOR PERSONAL INJURY AND DEMAND FOR JURY TRIAL** |
| v. | |
| **WEIRATHER TRUCKING, LLC AND COLTEN WEIRATHER,** | |
| Defendants. | |

COMES NOW Plaintiffs, by and through their attorneys of record, and for their Complaint and causes of action against the above-named Defendants, do hereby state and allege as follows:

## PARTIES

1.      Plaintiff James Newell is a resident of Cheshire County, New Hampshire.

2.      Plaintiff Mia DiMattia is a resident of Essex County, Massachusetts.

3.      Upon information and belief, Defendant Weirather Trucking LLC (hereafter "Weirather Trucking") is a South Dakota domestic limited liability company with its principal place of business in Butte County, South Dakota.

4.      Upon information and belief, Defendant Colten Weirather is a resident of Butte County, South Dakota.

5.      The incident which is the subject matter of this Complaint occurred on Interstate 90, Pennington County, South Dakota, and the amount in controversy exceeds

$75,000, exclusive of costs and interest.  Jurisdiction is properly based upon diversity of citizenship pursuant to 28 U.S.C. §1332.

## FACTS

6.      On or about August 14th, 2020, Defendant Colten Weirather was operating a commercial trucking vehicle owned by Defendant Weirather Trucking on Interstate 90, westbound in Pennington County.  Defendant Weirather was hauling improperly secured round haybales.

7.      At all times relevant to this Complaint, Defendant Weirather was acting in the interests of and at the direction of principal Defendant Weirather Trucking.

8.      Near the scene of the incident, between mile marker 83 and 84, Interstate 90 is a four -lane interstate.  There are two lanes of travel westbound and two lanes of travel eastbound.  Between the opposite lanes of travel is a grassy area separating the westbound and eastbound lanes.

9.      At approximately the same time and place, Plaintiff James Newell and his passenger Plaintiff Mia DiMattia were also westbound on Interstate 90.  Plaintiffs were in the Black Hills for the 2020 Sturgis Motorcycle Rally.  At the time, they were enjoying a scenic ride on Mr. Newell's 2006 Harley Davidson Motorcycle.

10.      As Plaintiffs began to pass Defendant Weirather in the fast lane of travel, a round haybale became loose and fell right in front of Plaintiffs.  Plaintiffs struck the haybale with their motorcycle and crashed at an estimated speed of 70 miles per hour.

11.      Defendant Weirather was noted by the on-scene SD Highway Patrolman to be in violation of SDCL §§ 32-15-118, Improperly Loaded Vehicle.

12.      The force of the impact and subsequent crash caused severe and

direct and proximate cause of the damages suffered by Plaintiffs.

19.     That as a direct and proximate cause of Defendant Weirather's negligence, Plaintiffs have suffered mental and physical injuries and pain; they have suffered and will suffer for the remainder of their lives a permanent impairment which impacts their participation in the normal activities of life; they have suffered loss of enjoyment of life; they have suffered wage loss and loss of earning capacity; and they have incurred substantial medical expenses and will continue in the future to incur medical expenses.

20.     Plaintiffs request the Court to allow the jury, in its discretion, to award Plaintiffs interest on the entire amount of their losses commencing on August 14th, 2020.

### COUNT TWO – NEGLIGENCE – WEIRATHER TRUCKING LLC

Plaintiffs, for Count II of their Complaint against Defendant Weirather Trucking, states:

21.     Plaintiffs incorporate by reference each and every paragraph set forth herein.

22.     Defendant Weirather Trucking had a duty to systematically inspect, maintain, secure or cause to be secured, its commercial cargo.  Defendant Weirather Trucking also had a duty to ensure its employees and drivers were properly trained.

23.     Defendant Weirather Trucking had a duty to ensure its employees and drivers were properly trained.

24.     Defendant Weirather Trucking failed to properly maintain, inspect, secure or cause to be secured, its commercial cargo.  Rather, Defendant Weirather Trucking allowed its commercial cargo to be transported in a negligent, careless, or unlawful manner, including, but not limited to:

4

     a.  Failing to properly inspect;

     b.  Failing to properly maintain;

     c.  Failing to properly secure or cause to be secured;

     d.  Failing to prevent freight from dropping, sifting, leaking, or otherwise escaping therefrom; and

     d.  Failing to properly train or utilizing a driver that failed to properly exercise due care and caution in securing commercial cargo.

25.  Defendant Weirather Trucking's negligence as herein set forth was in direct violation of South Dakota law and Federal Motor Carrier rules and regulations and Defendant Weirather Trucking is therefore negligent as a matter of law. Such negligence is the direct and proximate cause of the damages suffered by Plaintiffs.

26.  That as a direct and proximate cause of Defendant Weirather Trucking's negligence Plaintiffs have suffered mental and physical injuries and pain; they have suffered and will suffer for the remainder of their lives permanent impairments which restrict them from participating in the normal activities of life; they have suffered loss of enjoyment of life; they have incurred medical expenses and will continue in the future to incur medical expenses; and they have suffered loss of wages and loss of earning capacity.

27.  Plaintiff requests the Court to allow the jury, in its discretion, to award Plaintiffs interest on the entire amount of their losses commencing on August 14th, 2020.

**WHEREFORE**, Plaintiffs, pray for judgment against Defendants as follows:

28.  That Defendants are found jointly and severally liable for Plaintiffs' damages;

29.     For general and special damages in an amount to be determined by the

jury, plus prejudgment interest thereon;

30.     For Plaintiffs' costs and disbursements herein; and

31.     For such other and further relief as the Court deems just and equitable in

the premises.

**PLAINTIFF REQUESTS TRIAL BY JURY**

Dated this 27th day of April, 2021.

By:

Robert J. Rohl
JOHNSON, EIESLAND & ROHL, TRIAL
LAWYERS
Attorneys for Plaintiff
4020 Jackson Boulevard, Suite 1
P.O. Box 6900
Rapid City, SD 57709-6900
(605)348-7300 (Phone)
(605)348-4757 (Fax)
rjr@johnsoneiesland.com

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JAMES NEWELL and MIA DIMATTIA

## DEFENDANTS
WEIRATHER TRUCKING, LLC and COLTEN WIERATHER

**(b)** County of Residence of First Listed Plaintiff    Cheshire County, NH
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Butte County, SD
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert J. Rohl, Johnson, Eiesland & Rohl, Trial Lawyers
4020 Jackson Blvd, Suite1, Rapid City, SD 57702
605-348-7300

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument |    Liability    ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &    Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
|    & Enforcement of Judgment |    Slander    Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Product Liability | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted |    Liability    ☐ 368 Asbestos Personal | |    New Drug Application | ☐ 470 Racketeer Influenced and |
|    Student Loans | ☐ 340 Marine    Injury Product | | ☐ 840 Trademark |    Corrupt Organizations |
|    (Excludes Veterans) | ☐ 345 Marine Product    Liability | | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment |    Liability    **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** |    (15 USC 1681 or 1692) |
|    of Veteran's Benefits | ☒ 350 Motor Vehicle    ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle    ☐ 371 Truth in Lending |    Act | ☐ 862 Black Lung (923) |    Protection Act |
| ☐ 190 Other Contract |    Product Liability    ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal    Property Damage |    Relations | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise |    Injury    ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) |    Exchange |
| | ☐ 362 Personal Injury -    Product Liability | ☐ 751 Family and Medical | | ☐ 890 Other Statutory Actions |
| |    Medical Malpractice |    Leave Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights    **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting    ☐ 463 Alien Detainee |    Income Security Act |    or Defendant) |    Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment    ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/    Sentence | |    26 USC 7609 | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability |    Accommodations    ☐ 530 General | | |    Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -    ☐ 535 Death Penalty | **IMMIGRATION** | |    Agency Decision |
| |    Employment    **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities -    ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | |    State Statutes |
| |    Other    ☐ 550 Civil Rights |    Actions | | |
| | ☐ 448 Education    ☐ 555 Prison Condition | | | |
| |    ☐ 560 Civil Detainee - | | | |
| |    Conditions of | | | |
| |    Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332

Brief description of cause:
Personal injury motor vehicle collision

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE
04/27/2021

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____