# UNITED STATES DISTRICT COURT

### Western Division for the District of South Dakota

| | |
|---|---|
| **JAMES NEWELL AND MIA DIMATTIA** | Civil Action No. |
| Plaintiffs, | **COMPLAINT FOR PERSONAL INJURY AND DEMAND FOR JURY TRIAL** |
| v. | |
| **WEIRATHER TRUCKING, LLC AND COLTEN WEIRATHER,** | |
| Defendants. | |

COMES NOW Plaintiffs, by and through their attorneys of record, and for their Complaint and causes of action against the above-named Defendants, do hereby state and allege as follows:

## PARTIES

1. Plaintiff James Newell is a resident of Cheshire County, New Hampshire.

2. Plaintiff Mia DiMattia is a resident of Essex County, Massachusetts.

3. Upon information and belief, Defendant Weirather Trucking LLC (hereafter "Weirather Trucking") is a South Dakota domestic limited liability company with its principal place of business in Butte County, South Dakota.

4. Upon information and belief, Defendant Colten Weirather is a resident of Butte County, South Dakota.

5. The incident which is the subject matter of this Complaint occurred on Interstate 90, Pennington County, South Dakota, and the amount in controversy exceeds

$75,000, exclusive of costs and interest. Jurisdiction is properly based upon diversity of citizenship pursuant to 28 U.S.C. §1332.

## FACTS

6. On or about August 14th, 2020, Defendant Colten Weirather was operating a commercial trucking vehicle owned by Defendant Weirather Trucking on Interstate 90, westbound in Pennington County. Defendant Weirather was hauling improperly secured round haybales.

7. At all times relevant to this Complaint, Defendant Weirather was acting in the interests of and at the direction of principal Defendant Weirather Trucking.

8. Near the scene of the incident, between mile marker 83 and 84, Interstate 90 is a four-lane interstate. There are two lanes of travel westbound and two lanes of travel eastbound. Between the opposite lanes of travel is a grassy area separating the westbound and eastbound lanes.

9. At approximately the same time and place, Plaintiff James Newell and his passenger Plaintiff Mia DiMattia were also westbound on Interstate 90. Plaintiffs were in the Black Hills for the 2020 Sturgis Motorcycle Rally. At the time, they were enjoying a scenic ride on Mr. Newell's 2006 Harley Davidson Motorcycle.

10. As Plaintiffs began to pass Defendant Weirather in the fast lane of travel, a round haybale became loose and fell right in front of Plaintiffs. Plaintiffs struck the haybale with their motorcycle and crashed at an estimated speed of 70 miles per hour.

11. Defendant Weirather was noted by the on-scene SD Highway Patrolman to be in violation of SDCL §§ 32-15-118, Improperly Loaded Vehicle.

12. The force of the impact and subsequent crash caused severe and

permanent injuries to both Plaintiffs.

13. Plaintiffs have incurred substantial and life altering injuries as a result of Defendants' negligence.

### COUNT ONE – NEGLIGENCE – COLTEN WEIRATHER

Plaintiffs, for Count I of their Complaint against the Defendant Weirather, states:

14. Plaintiffs incorporate by reference each and every paragraph set forth herein.

15. Defendant Weirather owed a duty to Plaintiffs, to properly inspect, maintain and secure or cause to properly inspect, maintain and secure the cargo commercially transported.

16. Defendant Weirather improperly inspected, maintained or secured the commercial cargo in a negligent, careless, or unlawful manner, including, but not limited to:

    a. Failing to properly inspect;

    b. Failing to properly maintain;

    c. Failing to properly secure or cause to be secured; and

    d. Failing to prevent freight from dropping, sifting, leaking, or otherwise escaping therefrom.

17. Defendant Weirather's negligence has caused Plaintiffs' damages as set forth herein.

18. Defendant Weirather's negligence as set forth herein were in direct violation of South Dakota law and Federal Motor Carrier rules and regulations and Defendant Weirather is therefore negligent as a matter of law. Such negligence is the

direct and proximate cause of the damages suffered by Plaintiffs.

19. That as a direct and proximate cause of Defendant Weirather's negligence, Plaintiffs have suffered mental and physical injuries and pain; they have suffered and will suffer for the remainder of their lives a permanent impairment which impacts their participation in the normal activities of life; they have suffered loss of enjoyment of life; they have suffered wage loss and loss of earning capacity; and they have incurred substantial medical expenses and will continue in the future to incur medical expenses.

20. Plaintiffs request the Court to allow the jury, in its discretion, to award Plaintiffs interest on the entire amount of their losses commencing on August 14th, 2020.

### COUNT TWO – NEGLIGENCE – WEIRATHER TRUCKING LLC

Plaintiffs, for Count II of their Complaint against Defendant Weirather Trucking, states:

21. Plaintiffs incorporate by reference each and every paragraph set forth herein.

22. Defendant Weirather Trucking had a duty to systematically inspect, maintain, secure or cause to be secured, its commercial cargo. Defendant Weirather Trucking also had a duty to ensure its employees and drivers were properly trained.

23. Defendant Weirather Trucking had a duty to ensure its employees and drivers were properly trained.

24. Defendant Weirather Trucking failed to properly maintain, inspect, secure or cause to be secured, its commercial cargo. Rather, Defendant Weirather Trucking allowed its commercial cargo to be transported in a negligent, careless, or unlawful manner, including, but not limited to:

4

a. Failing to properly inspect;

b. Failing to properly maintain;

c. Failing to properly secure or cause to be secured;

d. Failing to prevent freight from dropping, sifting, leaking, or otherwise escaping therefrom; and

d. Failing to properly train or utilizing a driver that failed to properly exercise due care and caution in securing commercial cargo.

25. Defendant Weirather Trucking's negligence as herein set forth was in direct violation of South Dakota law and Federal Motor Carrier rules and regulations and Defendant Weirather Trucking is therefore negligent as a matter of law. Such negligence is the direct and proximate cause of the damages suffered by Plaintiffs.

26. That as a direct and proximate cause of Defendant Weirather Trucking's negligence Plaintiffs have suffered mental and physical injuries and pain; they have suffered and will suffer for the remainder of their lives permanent impairments which restrict them from participating in the normal activities of life; they have suffered loss of enjoyment of life; they have incurred medical expenses and will continue in the future to incur medical expenses; and they have suffered loss of wages and loss of earning capacity.

27. Plaintiff requests the Court to allow the jury, in its discretion, to award Plaintiffs interest on the entire amount of their losses commencing on August 14th, 2020.

WHEREFORE, Plaintiffs, pray for judgment against Defendants as follows:

28. That Defendants are found jointly and severally liable for Plaintiffs' damages;

5

29. For general and special damages in an amount to be determined by the jury, plus prejudgment interest thereon;

30. For Plaintiffs' costs and disbursements herein; and

31. For such other and further relief as the Court deems just and equitable in the premises.

**PLAINTIFF REQUESTS TRIAL BY JURY**

Dated this 27th day of April, 2021.

By: _____
Robert J. Rohl
JOHNSON, EIESLAND & ROHL, TRIAL LAWYERS
Attorneys for Plaintiff
4020 Jackson Boulevard, Suite 1
P.O. Box 6900
Rapid City, SD 57709-6900
(605)348-7300 (Phone)
(605)348-4757 (Fax)
rjr@johnsoneiesland.com

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JAMES NEWELL and MIA DIMATTIA

**(b)** County of Residence of First Listed Plaintiff: Cheshire County, NH
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert J. Rohl, Johnson, Eiesland & Rohl, Trial Lawyers
4020 Jackson Blvd, Suite1, Rapid City, SD 57702
605-348-7300

## DEFENDANTS
WEIRATHER TRUCKING, LLC and COLTEN WIERATHER

County of Residence of First Listed Defendant: Butte County, SD
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☒ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | |
| | | | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332
Brief description of cause:
Personal injury motor vehicle collision

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 04/27/2021
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___